UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-38381-H1-7 |
| | § | |
| TTC PLAZA LIMITED PARTNERSHIP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

      Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,514,001.82 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $5,440,527.81 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $588,072.69 | | |

    3)    Total gross receipts of $6,028,600.50  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,028,600.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,998,000.00 | $5,000,648.38 | $5,084,958.38 | $5,410,527.81 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $602,034.37 | $605,670.34 | $588,072.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $314,262.58 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,822,506.50 | $1,822,506.50 | $30,000.00 |
| **Total Disbursements** | $5,312,262.58 | $7,425,189.25 | $7,513,135.22 | $6,028,600.50 |

4). This case was originally filed under chapter 11 on 10/03/2011. The case was converted to one under Chapter 7 on 04/10/2012. The case was pending for 59 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2017                    By:   /s/ Randy W. Williams
                                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| A 8.715 acre tract of land in Harris County Texas with the physical address of 2401 Forndren Dr., Houston, Texas 77063, | 1110-000 | $5,850,000.00 |
| 2 Walkin Coolers, Freezer 3 ovens and 2 stoves 2401 Fondren Dr. Houston, Texas 77063 | 1129-000 | $63,275.50 |
| Tax Refund | 1224-000 | $325.00 |
| Capital One Bank Acct | 1229-000 | $10,000.00 |
| ADV. 13-03261, Fraudulent transfers | 1241-000 | $105,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,028,600.50** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 4110-000 | $0.00 | $157,131.29 | $157,131.29 | $224,415.98 |
| 3 | Tax Ease Funding, L.P. | 4110-000 | $0.00 | $177,827.09 | $177,827.09 | $436,111.83 |
| 4 | Tax Ease Funding, L.P. | 4110-000 | $0.00 | $165,693.25 | $0.00 | $0.00 |
| 9 | Capital One, N.A. | 4110-000 | $4,998,000.00 | $4,499,996.75 | $4,750,000.00 | $4,750,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,998,000.00** | **$5,000,648.38** | **$5,084,958.38** | **$5,410,527.81** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RANDY W WILLIAMS, Trustee | 2100-000 | NA | $197,188.07 | $197,188.07 | $179,590.42 |
| Randy W. Williams, Trustee | 2200-000 | NA | $35.81 | $35.81 | $35.81 |
| George Adams & Co. | 2300-000 | NA | $151.47 | $151.47 | $151.47 |
| GEORGE ADAMS & COMPANY | 2300-000 | NA | $64.21 | $64.21 | $64.21 |
| GEORGE ADAMS & COMPANY INSURANCE | 2300-000 | NA | $123.66 | $123.66 | $123.66 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| AGENCY | | | | | |
| International Sureties, Ltd. | 2300-000 | NA | $51.06 | $51.06 | $51.06 |
| | 2500-000 | NA | $26,680.45 | $26,680.45 | $26,680.45 |
| Green Bank | 2600-000 | NA | $6,140.70 | $6,140.70 | $6,140.70 |
| | 2820-000 | NA | $100,904.93 | $100,904.93 | $100,904.93 |
| PORTER HEDGES LLP, Special Counsel for Trustee | 3210-600 | NA | $34,200.00 | $34,200.00 | $34,200.00 |
| PORTER HEDGES LLP, Special Counsel for Trustee | 3220-610 | NA | $3,886.32 | $3,886.32 | $3,886.32 |
| CARR, RIGGS & INGRAM LLC, Accountant for Trustee | 3410-000 | NA | $0.00 | $3,575.25 | $3,575.25 |
| CARR, RIGGS & INGRAM, LLC, Accountant for Trustee | 3410-000 | NA | $1,428.65 | $1,428.65 | $1,428.65 |
| CARR, RIGGS & INGRAM LLC, Accountant for Trustee | 3420-000 | NA | $0.00 | $60.72 | $60.72 |
| CARR, RIGGS & INGRAM, LLC, Accountant for Trustee | 3420-000 | NA | $64.44 | $64.44 | $64.44 |
| DENNIS N. JOHNSTON, Realtor for Trustee | 3510-000 | NA | $220,662.27 | $220,662.27 | $220,662.27 |
| Webster's Auction Palace, Auctioneer for Trustee | 3610-000 | NA | $9,491.33 | $9,491.33 | $9,491.33 |
| Webster's Auction Palace, Auctioneer for Trustee | 3620-000 | NA | $961.00 | $961.00 | $961.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $602,034.37 | $605,670.34 | $588,072.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tax Ease Funding, LP | 5800-000 | $314,262.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $314,262.58 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 7100-000 | $0.00 | $13,697.72 | $13,697.72 | $262.80 |
| 5 | Sam Peng d/b/a Sai Thong LLC | 7100-000 | $0.00 | $1,000,000.00 | $1,000,000.00 | $19,185.30 |
| 6 | Grand 8 Plaza | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $4,796.32 |
| 7 | Regsun Management, LLC DBA Earthwood Co. | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $2,877.79 |
| 8 | Epos LLC | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $2,877.79 |
| 9A | Capital One, N.A. | 7100-000 | $0.00 | $258,808.78 | $258,808.78 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,822,506.50 | $1,822,506.50 | $30,000.00 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 11-38381-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | Date Filed (f) or Converted (c): | 04/10/2012 (c) |
| For the Period Ending: | 3/2/2017 | §341(a) Meeting Date: | 05/14/2012 |
| | | Claims Bar Date: | 07/31/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | A 8.715 acre tract of land in Harris County Texas with the physical address of 2401 Forndren Dr., Houston, Texas 77063, together with a structure used as a restaurant and going by the trade name of Vargo's. | $12,000,000.00 | $7,002,000.00 | | $5,850,000.00 | FA |
| 2 | Golden Bank Checking Account No.XXX1050 9315 Bellaire Houston, Texas 77036 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Funds Exhausted | | | | | |
| 3 | Computers, monitors and printers 2401 Fondren Dr. Houston, Texas 77063 | $1,151.82 | $1,151.82 | | $0.00 | FA |
| 4 | 2 Walkin Coolers, Freezer 3 ovens and 2 stoves 2401 Fondren Dr. Houston, Texas 77063 | $14,615.81 | $14,615.81 | | $63,275.50 | FA |
| 5 | Preference - David Wu | $1,291,850.00 | $1,291,850.00 | | $0.00 | FA |
| Asset Notes: | See Asset 8 - Adversary 13-03261 | | | | | |
| 6 | Accounts Receivable - New Vargos (u) | $220,000.00 | $220,000.00 | | $0.00 | FA |
| Asset Notes: | Uncollectible | | | | | |
| 7 | Capital One Bank Acct (u) | $0.00 | $31,000.00 | | $10,000.00 | FA |
| Asset Notes: | Order Modifying the Automatic Stay to Permit Setoff - Doc 118 | | | | | |
| 8 | ADV. 13-03261, Fraudulent transfers (u) | $0.00 | $1,600,000.00 | | $105,000.00 | FA |
| Asset Notes: | Compromise reached for $90K per Dkt No. 142 | | | | | |
| 9 | Tax Refund (u) | $0.00 | $0.00 | | $325.00 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $13,528,617.63 | $10,161,617.63 | $6,028,600.50 | $0.00 |

**Major Activities affecting case closing:**

| 02/29/2016 | Final returns being completed. Accountant to file final fee application. |
| 03/23/2015 | Settlement payment collection ongoing. |
| 01/29/2015 | Compromise reached per Dkt No. 142; payments through September 2015 |

FORM 1
INDIGIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2          Exhibit 8

| Case No.: | 11-38381-H1-7 | | | Trustee Name: | Randy W. Williams |
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | | Date Filed (f) or Converted (c): | 04/10/2012 (c) |
| For the Period Ending: | 3/2/2017 | | | §341(a) Meeting Date: | 05/14/2012 |
| | | | | Claims Bar Date: | 07/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 12/31/2013 | Adversary action ongoing. |
| 09/17/2013 | Adversary case 13-03261 filed. Nature of Suit: (13 (Recovery of money/property 548 fraudulent transfer)) Complaint by Randy W. Williams against Chung Hua Wu, United Wu, LP, Mundo Mex, Inc., Mohammed A. Sohani, Harwin Bintliff Center, Inc. |
| 04/25/2012 | Trustee filed Motion to Sell Property.  Hearing to be held on 5/7/12 at 4:00. |

| Initial Projected Date Of Final Report (TFR): | 06/15/2013 | Current Projected Date Of Final Report (TFR): | 08/15/2016 | /s/ RANDY W. WILLIAMS |
|---|---|---|---|---|
| | | | | RANDY W. WILLIAMS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-38381-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6436 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2012 | | Stewart Title Company | Proceeds of Sale of Real Property pursuan to Doc #111 dated 8/17/12 | * | $91,224.54 | | $91,224.54 |
| | {1} | | $5,850,000.00 | 1110-000 | | | $91,224.54 |
| | | | $(4,750,000.00) | 4110-000 | | | $91,224.54 |
| | | | $(436,111.83) | 4110-000 | | | $91,224.54 |
| | | | $(224,415.98) | 4110-000 | | | $91,224.54 |
| | | | DENNIS N. JOHNSTON $(220,662.27) | 3510-000 | | | $91,224.54 |
| | | | $(100,904.93) | 2820-000 | | | $91,224.54 |
| | | | $(26,680.45) | 2500-000 | | | $91,224.54 |
| 09/04/2012 | (4) | Webster's Auction Palace Inc | Auction proceeds from 8/14/12 sale of equipment | 1129-000 | $63,275.00 | | $154,499.54 |
| 09/04/2012 | (4) | DEP REVERSE: Webster's Auction Palace Inc | Check VOIDED as short $.50 | 1129-000 | ($63,275.00) | | $91,224.54 |
| 09/17/2012 | (4) | Webster's Auction Palace | Auction proceeds from 8/14/12 sale of equipment | 1129-000 | $63,275.50 | | $154,500.04 |
| 09/17/2012 | 1001 | Webster's Auction Palace | Auctioneer Commission and Expenses per Doc. No. 102 dated 8/6/12 | * | | $10,452.33 | $144,047.71 |
| | | | Webster's Auction Palace $(961.00) | 3620-000 | | | $144,047.71 |
| | | | Webster's Auction Palace $(9,491.33) | 3610-000 | | | $144,047.71 |
| 10/24/2012 | 1002 | George Adams & Co. | Bond Payment | 2300-000 | | $151.47 | $143,896.24 |
| 11/08/2012 | 1003 | Internal Revenue Service | Interim Distribution Claim #: 2; | 7100-000 | | $219.00 | $143,677.24 |
| 11/08/2012 | 1004 | Sam Peng d/b/a Sai Thong LLC | Interim Distribution Claim #: 5; | 7100-000 | | $15,987.74 | $127,689.50 |
| 11/08/2012 | 1005 | Grand 8 Plaza | Interim Distribution Claim #: 6; | 7100-000 | | $3,996.94 | $123,692.56 |
| 11/08/2012 | 1006 | Regsun Management, LLC DBA Earthwood Co. | Interim Distribution Claim #: 7; | 7100-000 | | $2,398.16 | $121,294.40 |
| 11/08/2012 | 1007 | Epos LLC | Interim Distribution Claim #: 8; | 7100-000 | | $2,398.16 | $118,896.24 |
| 02/19/2013 | (9) | US Treasury | Tax Refund Payment | 1224-000 | $325.00 | | $119,221.24 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $173.43 | $119,047.81 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $192.10 | $118,855.71 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $185.61 | $118,670.10 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $203.85 | $118,466.25 |
| | | | | **SUBTOTALS** | **$154,825.04** | **$36,358.79** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-38381-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6436 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $172.66 | $118,293.59 |
| 07/23/2013 | (7) | CAPITAL ONE BANK | PAYMENT PURSUANT TO DOC NO. 118 DATED 10/26/12 | 1229-000 | $10,000.00 | | $128,293.59 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $195.05 | $128,098.54 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $220.04 | $127,878.50 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $186.38 | $127,692.12 |
| 10/15/2013 | 1008 | GEORGE ADAMS & COMPANY INSURANCE AGENCY | 2013 BOND PAYMENT | 2300-000 | | $123.66 | $127,568.46 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $205.96 | $127,362.50 |
| 11/11/2013 | 1009 | CARR, RIGGS & INGRAM, LLC | ACCOUNTANT FEES AND EXPENSES PER DOCKET NO. 131 | * | | $1,493.09 | $125,869.41 |
| | | | CARR, RIGGS & INGRAM, LLC    $(1,428.65) | 3410-000 | | | $125,869.41 |
| | | | CARR, RIGGS & INGRAM, LLC    $(64.44) | 3420-000 | | | $125,869.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $204.51 | $125,664.90 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $196.24 | $125,468.66 |
| 01/06/2014 | 1010 | RANDY W WILLIAMS | Interim Compensation per Docket No. 134 | 2100-000 | | $100,468.66 | $25,000.00 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $215.53 | $24,784.47 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $119.80 | $24,664.67 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.23 | $24,627.44 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.45 | $24,588.99 |
| 05/13/2014 | (8) | Harvin Bintliff Center | Payment on settlement | 1241-000 | $2,500.00 | | $27,088.99 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.78 | $27,046.21 |
| 06/19/2014 | (8) | Harwin Bintliff Center | Payment on Settlement | 1241-000 | $2,500.00 | | $29,546.21 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.26 | $29,503.95 |
| 07/17/2014 | (8) | Harwin Bintliff Center | 3rd Payment on Settlement | 1241-000 | $2,500.00 | | $32,003.95 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $49.43 | $31,954.52 |
| 08/14/2014 | (8) | Harwin Bintliff Center | 4th Installment on settlement | 1241-000 | $2,500.00 | | $34,454.52 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $54.78 | $34,399.74 |
| | | | **SUBTOTALS** | | **$20,000.00** | **$104,066.51** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-38381-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6436 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2014 | (8) | Barmeu River Investments Inc | 1/2 of settlement payment | 1241-000 | $9,000.00 | | $43,399.74 |
| 09/17/2014 | (8) | Harwin Bintliff Center | Payment on preference settlement | 1241-000 | $2,500.00 | | $45,899.74 |
| 09/24/2014 | (8) | Barney River Inbestments Inc | Final payment on settlement | 1241-000 | $9,000.00 | | $54,899.74 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $59.71 | $54,840.03 |
| 10/17/2014 | 1011 | GEORGE ADAMS & COMPANY | Bond Payment | 2300-000 | | $64.21 | $54,775.82 |
| 10/22/2014 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $57,775.82 |
| 10/22/2014 | (8) | Harwin Bintliff Center Inc | Payment | 1241-000 | $2,500.00 | | $60,275.82 |
| 10/22/2014 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $63,275.82 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $94.92 | $63,180.90 |
| 11/12/2014 | (8) | Barney River Investments, Inc | Payment on Settlement | 1241-000 | $3,000.00 | | $66,180.90 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $94.89 | $66,086.01 |
| 12/02/2014 | (8) | Barney River Investments | Payment on settlement | 1241-000 | $3,000.00 | | $69,086.01 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $110.23 | $68,975.78 |
| 01/02/2015 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $71,975.78 |
| 01/02/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $74,975.78 |
| 01/23/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $77,975.78 |
| 01/23/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $80,975.78 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $123.64 | $80,852.14 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $117.84 | $80,734.30 |
| 03/02/2015 | (8) | Barney River Investments Inc | Payment on Settlement | 1241-000 | $3,000.00 | | $83,734.30 |
| 03/02/2015 | (8) | Barney River Investments Inc | Payment on settlement | 1241-000 | $3,000.00 | | $86,734.30 |
| 03/27/2015 | (8) | Barney River Investments Inc | Payment on settlement | 1241-000 | $3,000.00 | | $89,734.30 |
| 03/27/2015 | (8) | Barney River Investments Inc | Payment on settlement | 1241-000 | $3,000.00 | | $92,734.30 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $135.44 | $92,598.86 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $144.60 | $92,454.26 |
| 05/04/2015 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $95,454.26 |
| 05/04/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $98,454.26 |
| 05/21/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $101,454.26 |
| | | | SUBTOTALS | | $68,000.00 | $945.48 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-38381-H1-7 | | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6436 | | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/3/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/21/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $104,454.26 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $158.56 | $104,295.70 |
| 06/29/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $107,295.70 |
| 06/29/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $110,295.70 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $163.18 | $110,132.52 |
| 07/27/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $113,132.52 |
| 07/27/2015 | (8) | Barney River Investments Inc | Payment | 1241-000 | $3,000.00 | | $116,132.52 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $191.06 | $115,941.46 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $175.02 | $115,766.44 |
| 09/10/2015 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $118,766.44 |
| 09/10/2015 | (8) | Barney River Investments | Payment | 1241-000 | $3,000.00 | | $121,766.44 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $186.09 | $121,580.35 |
| 10/01/2015 | (8) | Barney River | Final Payment | 1241-000 | $3,000.00 | | $124,580.35 |
| 10/01/2015 | (8) | Barney River | Final Payment | 1241-000 | $3,000.00 | | $127,580.35 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $212.20 | $127,368.15 |
| 11/18/2015 | 1012 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $51.06 | $127,317.09 |
| 11/18/2015 | 1013 | PORTER HEDGES LLP | Attorney Fees and Expenses - Dkt No. 146 | * | | $38,086.32 | $89,230.77 |
| | | | PORTER HEDGES LLP    $(34,200.00) | 3210-600 | | | $89,230.77 |
| | | | PORTER HEDGES LLP    $(3,886.32) | 3220-610 | | | $89,230.77 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $170.44 | $89,060.33 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $143.71 | $88,916.62 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $143.48 | $88,773.14 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $134.01 | $88,639.13 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $143.03 | $88,496.10 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $142.80 | $88,353.30 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $137.97 | $88,215.33 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $137.76 | $88,077.57 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $142.13 | $87,935.44 |
| | | | **SUBTOTALS** | | **$27,000.00** | **$40,518.82** | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-38381-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6436 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $141.90 | $87,793.54 |
| 12/01/2016 | 1014 | Randy W. Williams | Trustee Compensation | 2100-000 | | $79,121.76 | $8,671.78 |
| 12/01/2016 | 1015 | Randy W. Williams | Trustee Expenses | 2200-000 | | $35.81 | $8,635.97 |
| 12/01/2016 | 1016 | CARR, RIGGS & INGRAM LLC | Final Distribution; Claim #: ; | 3420-000 | | $60.72 | $8,575.25 |
| 12/01/2016 | 1017 | CARR, RIGGS & INGRAM LLC | Final Distribution; Claim #: ; | 3410-000 | | $3,575.25 | $5,000.00 |
| 12/01/2016 | 1018 | Internal Revenue Service | Final Distribution; Claim #: 2; | 7100-000 | | $43.80 | $4,956.20 |
| 12/01/2016 | 1019 | Sam Peng d/b/a Sai Thong LLC | Final Distribution; Claim #: 5; | 7100-000 | | $3,197.56 | $1,758.64 |
| 12/01/2016 | 1020 | Grand 8 Plaza | Final Distribution; Claim #: 6; | 7100-000 | | $799.38 | $959.26 |
| 12/01/2016 | 1021 | Regsun Management, LLC DBA Earthwood Co. | Final Distribution; Claim #: 7; | 7100-000 | | $479.63 | $479.63 |
| 12/01/2016 | 1022 | Epos LLC | Final Distribution; Claim #: 8; | 7100-000 | | $479.63 | $0.00 |
| | | | **TOTALS:** | | $269,825.04 | $269,825.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $269,825.04 | $269,825.04 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $269,825.04 | $269,825.04 | |

| For the period of 10/3/2011 to 3/2/2017 | | For the entire history of the account between 05/02/2012 to 3/2/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,028,600.50 | Total Compensable Receipts: | $6,028,600.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,028,600.50 | Total Comp/Non Comp Receipts: | $6,028,600.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,028,600.50 | Total Compensable Disbursements: | $6,028,600.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,028,600.50 | Total Comp/Non Comp Disbursements: | $6,028,600.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-38381-H1-7 | |
| Case Name: | TTC PLAZA LIMITED PARTNERSHIP | |
| Primary Taxpayer ID #: | **-***6436 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/3/2011 | |
| For Period Ending: | 3/2/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Randy W. Williams | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******8101 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $269,825.04 | $269,825.04 | $0.00 |

**For the period of 10/3/2011 to 3/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,028,600.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,028,600.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,028,600.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,028,600.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/10/2012 to 3/2/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,028,600.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,028,600.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,028,600.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,028,600.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS